### IIN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANTHONY PATTON** | **Case No.: 4:21-CR-00017-CDL-MSH-1** |

### ORDER ON MOTION FOR CONTINUANCE

Defendant Anthony Patton, has moved the Court to continue the pre-trial conference of his case, presently scheduled for August 4, 2021, and to continue his trial until the January 2022 jury trial term.  The Government does not oppose this motion.  Defendant was arraigned on June 9, 2021, and is currently in US Marshal custody. Undersigned counsel received additional discovery in the case and needs time to review and discuss with the client. Additional time will also allow undersigned counsel to further discuss with the government and client a possible resolution to this case.  The Court finds that it is in the interests of justice to allow the parties to complete investigation, legal research and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 24] is **GRANTED**, and it is hereby ordered that this case shall be continued to the January 2022 trial term.  The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **22nd** day of **July, 2021**.

S/Clay D. Land
U.S. District Judge