# IIN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANTHONY PATTON** | **Case No.: 4:21-CR-00017-CDL-MSH-1** |

## ORDER ON MOTION FOR CONTINUANCE

Defendant, Anthony Patton, has moved the Court to continue the pre-trial conference of his case, presently scheduled for November 30, 2021, and to continue the trial until the March 2022 trial term.   The Government does not oppose this motion.   Defendant was arraigned on June 9, 2021, and is currently in US Marshal custody. Defendant's counsel had to quarantine and needs additional time to finalize discussions with defendant and the government regarding a plea. The Court finds that it is in the interests of justice to allow the parties to complete plea discussion and this interest outweighs the interest of the Defendant and the public in a speedy trial.   Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.   Accordingly, Defendant's Motion for Continuance [Doc. 27] is **GRANTED**, and it is hereby ordered that this case shall be continued to the March 2022 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161.

It is SO ORDERED, this **29th** day of **November, 2021**.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT