**IIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANTHONY PATTON** | **Case No.: 4:21-CR-00017-CDL-MSH-1** |

## ORDER ON MOTION FOR CONTINUANCE

Defendant, Anthony Patton, has moved the Court to continue the pre-trial conference of his case, presently scheduled for January 31, 2022. The Government does not oppose this motion. Defendant was arraigned on June 9, 2021, and is currently in US Marshal custody. Counsel has filed an unopposed motion for psychiatric/psychological evaluation to be completed by the Bureau of Prisons. A continuance of this matter will allow time for the evaluation to be completed and a report prepared for the Court. The Court finds that it is in the interests of justice to allow the psychological/psychiatric evaluation to be completed and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant=s Motion for Continuance is **GRANTED**, and it is hereby ordered that this case shall be continued to the September 2022 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161.

It is SO ORDERED, this 27th day of January, 2022.

\_\_S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT