IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.

**ANTHONY PATTON**

NO.  4:21-CR-17-001(CDL)

## <u>ORDER</u>

On June 28, 2023, Anthony Patton was sentenced by this Court to 70 months imprisonment (ECF Doc. No. 68) for Possession of a Firearm by a Convicted Felon. The *Judgment in a Criminal Case* was silent regarding the relationship between this sentence and subsequent State of Georgia sentences.

Accordingly, the Court hereby orders the 70-month imprisonment sentence imposed for United States District Court, Middle District of Georgia, Columbus Division case number 4:21-CR-17-001(CDL) be served CONSECUTIVELY with the State of Georgia sentences imposed in Muscogee County, Georgia Superior Court case numbers SU2020CR1228; SU2020CR3183; SU2020CR3471; SU2020CR3633; and SU2020CR3637, and Sumter County, Georgia Superior Court case number 23W00406.

All other aspects of the sentence, as set forth in the original *Judgment in a Criminal Case* dated June 29, 2023 (ECF Doc. No. 68) shall remain in effect.

**SO ORDERED,** this 20th day of April, 2026.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA